| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| STEVEN T. GUBNER – Bar No. 156593<br>SUSAN K. SEFLIN – Bar No. 213865<br>JESSICA L. BAGDANOV - Bar No. 281020<br>JESSICA S. WELLINGTON – Bar No. 324477<br>BG LAW LLP<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: sgubner@bg.law; sseflin@bg.law;<br>jbagdanov@ bg.law; jwellington@bg.law<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* DCM-P3, LLC, Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>DCM-P3, LLC,<br><br><br><br>Debtor(s). | CASE NO.: 8:21-bk-12507-TA<br>CHAPTER: 11<br><br>**NOTICE OF SALE OF ESTATE PROPERTY** |
|---|---|

| **Sale Date:** 06/01/2022 | **Time:** 10:00 am |
|---|---|
| **Location:** Courtroom 5B, 411 West Fourth Street, Santa Ana, California 92701 | |

**Type of Sale**:  ☒ Public   ☐ Private        **Last date to file objections**: 05/18/2022

**Description of property to be sold**:
Residential real property located at 34 Black Hawk, Irvine, California 92603.

**Terms and conditions of sale**:
Cash sale, no warranties, "as-is, where-is" "all faults" basis, without warranties, express or implied, and no contingencies, free and clear of all liens, claims, interests and encumbrances.

**Proposed sale price**: $ 5,700,000.00

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Overbid procedure (*if any*)**: Initial minimum overbid $5,725,000.00, minimum increments of $5,000 thereafter. Overbid deposit of $177,000 plus proof of financial worthiness to close sale to be provided to debtor's counsel at or before hearing. Must notify debtor's counsel at sseflin@bg.law & jbadnanov@bg.law of intent to overbid 3 days before hearing.

**If property is to be sold free and clear of liens or other interests, list date, time and location of hearing:**

June 1, 2022 at 10:00 a.m. in Courtroom 5B, United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, California 92701 via ZoomGov

The following is the unique ZoomGov connection information for the above-referenced hearing:
Meeting URL:   https://cacb.zoomgov.com/j/1618378535
Meeting ID:    161 837 8535
Password:      833587
Telephone:     1-669-254-5252 OR 1-646-828-7666

**Contact person for potential bidders (*include name, address, telephone, fax and/or email address*):**

Susan K. Seflin
Jessica L. Bagdanov
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Tel: (818) 827-9000
Fax: (818) 827-9099
Email: sseflin@bg.law; jbagdanov@bg.law


Date: 05/11/2022

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                                    F 6004-2.NOTICE.SALE

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

21650 Oxnard St., Suite 500, Woodland Hills, CA 91367

A true and correct copy of the foregoing document entitled: **NOTICE OF SALE OF ESTATE PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/11/2022, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/11/2022 | Jessica Studley | /s/ Jessica Studley |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012    Page 3    F 6004-2.NOTICE.SALE

**#1: Parties to Be Served by the Court Via NEF:**

- **Anerio V Altman**    LakeForestBankruptcy@jubileebk.net, lakeforestpacer@gmail.com
- **Jessica L Bagdanov**    jbagdanov@bg.law, ecf@bg.law
- **Greg P Campbell**    ch11ecf@aldridgepite.com, gc@ecf.inforuptcy.com;gcampbell@aldridgepite.com
- **Marc C Forsythe**    kmurphy@goeforlaw.com, mforsythe@goeforlaw.com;goeforecf@gmail.com
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Aaron J Malo**    amalo@sheppardmullin.com, clopez@sheppardmullin.com;abilly@sheppardmullin.com
- **Eric S Pezold**    epezold@swlaw.com, knestuk@swlaw.com
- **Susan K Seflin**    sseflin@bg.law, ecf@bg.law
- **Andrew Still**    astill@swlaw.com, kcollins@swlaw.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **David Wood**    dwood@marshackhays.com, dwood@ecf.courtdrive.com;lbuchananmh@ecf.courtdrive.com;kfrederick@ecf.courtdrive.com